UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-6124-CAS (Rzx) | Date | October 3, 2012 |
|---|---|---|---|
| Title | STEPHEN MEYER, ET AL. V. CHASE HOME LOAN, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not present  Not Present

**Proceedings:**   **(In Chambers:) ORDER DISMISSING CASE FOR PLAINTIFFS' FAILURE TO FILE AN AMENDED COMPLAINT**

On June 14, 2012, pro se plaintiffs Stephen and Pamela Meyer filed the instant action against defendants Chase Home Loans, Argent Mortgage Company, Wells Fargo Bank, NA, and Does 1–20 inclusive in Santa Barbara County Superior Court. Dkt No. 1. On July 16, 2012, defendants removed to this Court. Id.

On August 28, 2012, the Court granted defendants' motions to dismiss without prejudice and admonished plaintiffs that failure to file an amended complaint within thirty days would result in dismissal of the action with prejudice. Dkt. No. 21. Plaintiffs failed to file an amended complaint before the deadline. Accordingly, this case is hereby dismissed WITH PREJUDICE.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |